CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 22 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

In The United States District Court
For the Western District of Virginia
Roanoke Division

Deborah Stout,                    Civil Action No. 7:21-CV00407
    Plaintiff,
v.
Prison Medical Providers, et al,
    Defendants.

## Motion For Dismiss Without Prejudice

Comes now the plaintiff Deborah Stout, and respectfully request that this Honorable Court Dismiss this case without prejudice for the reasons as followed:

1.) The plaintiff filed a letter with this Honorable Court on October 4th of 2021, Requesting this case be dismissed once she received her upgraded lenses into her old titanium frame. Because the optometrist Mr. Bare, had already taken the old frames to the VCE optical lab for this process.

2.) The plaintiff believes the complaint concerning her legal case is in process of being resolved.

## Conclusion

Plaintiff respectfully request this Honorable Court accept her Motion for Dismiss, without prejudice, and her apology for any inconvenience to the Court.

Respectfully,

Date: Oct. 25, 2021      Deborah Stout 1190498
Deborah Stout
2C 111
Fccw, P.O. Box 1000
Troy, VA. 22974

Certific of Service

I certify by my signature below that a true copy of this written notice of dismissal was sent to the United States District Court, for the Western District of VA. Roanoke division and the United States Attorney General office, Richard C. Vorhis, via institutional inmate mail system at Fccw.

Date: Oct. 25, 2021      Deborah Stout 1190498
Deborah Stout, 2C 111, Fccw
P.O. Box 1000, Troy, VA. 22974

Deborah Stout
2C 111
Fccw, P.O. Box 1000
Troy, VA. 22974

RICHMOND VA 230

15 NOV 2021 PM 3 L



The United States District Court
for the Western District of Virginia
    office of the Clerk
210 Franklin Rd. Rm 540
Roanoke, VA. 24011

24011-000340